STATE OF NEW JERSEY v. WARREN E. DENNIS.

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 292).

STATE OF NEW JERSEY v. JAMES JENKINS.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN FUDALI.
LLOYD W. MC CORKLE, COMMISSIONER, NEW JERSEY
DEPARTMENT OF INSTITUTIONS AND AGENCIES.

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 426).

STATE OF NEW JERSEY v. CHARLES CONSTANTINO.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE LEE HALL.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD ROBERT HORTON.

May 4, 1971. Petition for certification denied.